UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEENAN VERNER,

        Plaintiff,                       Case Number 15-13262
v.                                              Honorable David M. Lawson

BRADFORD G. GRATZ, as the personal
representative of the estate of MICHAEL
GRATZ,

        Defendant.
_____/

## ORDER OF DISMISSAL

On January 10, 2017, the parties attended a settlement conference, and during that conference they reached a final settlement of all claims in this case. The case therefore will be dismissed.

Accordingly, it is **ORDERED** that the case is **DISMISSED WITH PREJUDICE** and without costs to any party. Either party may apply to reopen the case to enforce the settlement agreement **on or before February 11, 2017**.

It is further **ORDERED** that the defendant's motions *in limine* [46, 47, 48, 49, 50] are **DISMISSED** as moot.

                                            s/David M. Lawson
                                            DAVID M. LAWSON
                                            United States District Judge

Dated:   January 11, 2017

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on January 11, 2017.

                                          s/Susan Pinkowski
                                          SUSAN PINKOWSKI